# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

James Lyle Quello

Case No. Civil 00-1990 MJD/AJB

v.

**JUDGMENT IN A CIVIL CASE**

Rick Rolffs and
Paul Schmidt

---

( ) **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

(X) **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED THAT:**

Plaintiff's petition for writ of habeas corpus be dismissed without prejudice.

DATE: November 1, 2000

FRANCIS E. DOSAL, CLERK

Shirley Hansen

Shirley Hansen, Deputy Clerk