**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**THIRD DIVISION**

JAMES LYLE QUELLO,

Civil No. 00-1990 (MJD/AJB)

Petitioner,

v.

**REPORT AND RECOMMENDATION**

RICK ROLFFS and
PAUL SCHMIDT,

Respondent.

This matter comes before the Court on petitioner's demand pursuant to Fed. R. Civ. P. 52(a) for Findings of Fact and Conclusions of Law for dismissal of his claims seeking habeas corpus relief [Docket No. 6]. Petitioner also requests further legal explanation and alternatively seeks issuance of the writ. This action has been summarily dismissed by the District Court pursuant to Order and Judgment dated November 1, 2000. Dismissal was based upon Report and Recommendation of the Magistrate Judge dated August 30, 2000, and petitioner's objections dated September 8, 2000.

Fed. R. Civ. P. 52(a) requires findings of fact and conclusions of law when the action has been tried without a jury or with an advisory jury. This case was summarily dismissed on the basis of the initial pleadings and no trial was conducted. Rule 52(a) has no application in this instance whatsoever. To the extent that petitioner seeks reconsideration through his alternative request that the writ be issued, he has not sought express permission of the Court to make such a motion. Furthermore, he has not presented any additional material information or made any showing of compelling circumstances which would justify reconsideration of the

FILED NOV 13 2000
FRANCIS E. DOSAL CLERK
JUDGMENT ENTD
DEPUTY CLERK

Court's dismissal. Local Rule7.1(g).

## RECOMMENDATION

Based upon the foregoing Report, the Magistrate Judge hereby **Recommends** that the petitioner's demand for Finds of Fact and Conclusions of Law, along with his alternative demand for issuance of the writ, be **denied** [Docket No. 6]

Dated: 11/13/00

Arthur J. Boylan
United States Magistrate Judge

Pursuant to Local Rule 72.1(c)(2), any party may object to this Report and Recommendation by filing with the Clerk of Court, and by serving upon all parties, written objections which specifically identify the portions of the Report to which objections are made and the bases for each objection. This Report and Recommendation does not constitute an order or judgment from the District Court and it is therefore not directly appealable to the Circuit Court of Appeals. Written objections must be filed with the Court before November 24, 2000.